IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

EDWARD DEAN, PLAINTIFF

V. NO. 2:05CV31-MPM-EMB

CORRECTIONS CORPORATION OF AMERICA,
JAMES COOKE, JOSEPH WATSON & CURTIS WILLIE, DEFENDANTS

## ORDER

Before the Court is plaintiff's motion for leave to conduct additional discovery in this prisoner conditions of confinement case. For good cause shown, the motion is granted; and plaintiff may on or before June 20, 2005, serve a maximum of ten (10) requests for production of documents and five (5) requests for admission upon defendants.

**SO ORDERED** this 1st day of June, 2005.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**EDWARD DEAN,**                                        **PLAINTIFF**

**V.**                     **NO. 2:05CV31-MPM-EMB**

**CORRECTIONS CORPORATION OF AMERICA,**
**JAMES COOKE, JOSEPH WATSON & CURTIS WILLIE,**    **DEFENDANTS**

## ACKNOWLEDGMENT OF RECEIPT

**TO:**

The Clerk of the Court
United States District Court
911 Jackson Avenue, Room 369
Oxford, Mississippi 38655-3622

     I am the plaintiff in the above entitled action, and I hereby acknowledge receipt of the Order dated April 14, 2005.

     **THIS**, the ___ day of _____, 2005.

                                                               _____
                                                               **PLAINTIFF**