**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EDWARD DEAN,**                                                                                    **PLAINTIFF**

**V.**                                                                              **NO. 2:05CV31-MPM-EMB**

**CORRECTIONS CORPORATION OF AMERICA,
JAMES COOKE, JOSEPH WATSON & CURTIS WILLIE,**                **DEFENDANTS**

**ORDER**

Before the Court is plaintiff's motion for leave to conduct additional discovery in this prisoner conditions of confinement case. For good cause shown, the motion is granted; and plaintiff may on or before June 20, 2005, serve a maximum of ten (10) requests for production of documents and five (5) requests for admission upon defendants.

**SO ORDERED** this 1st day of June, 2005.

/s/ **Eugene M. Bogen**
**U. S. MAGISTRATE JUDGE**